Abenicio Cisneros, SBN 302765
2443 Fillmore Street, #380-7379
San Francisco, CA 94115
707-653-0438
acisneros@capublicrecordslaw.com

Attorney for Plaintiff NATIONAL LAWYERS GUILD,
SAN FRANCISCO BAY AREA CHAPTER

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| NATIONAL LAWYERS GUILD, SAN FRANCISCO BAY AREA CHAPTER,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, UNITED STATES CUSTOMS AND BORDER PROTECTION,<br><br>Defendants. | Case 4:19-cv-06471-DMR<br><br>**JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

Plaintiff NATIONAL LAWYERS GUILD, SAN FRANCISCO BAY AREA CHAPTER, and Defendants UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES CUSTOMS AND BORDER PROTECTION hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action will be dismissed without prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

DATED:  February 13, 2020              Respectfully submitted,

                                                              DAVID L. ANDERSON
                                                              United States Attorney

/s/ [1]                                                           /s/
Abenicio Cisneros, SBN 302765            J. Wesley Samples
2443 Fillmore Street, #380-7379           Assistant United States Attorney
San Francisco, CA 94115                       Attorneys for the Defendants
707-653-0438
acisneros@capublicrecordslaw.com
Attorney for Plaintiff

---

[1] *In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

## [PROPOSED] ORDER OF DISMISSAL

Pursuant to stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITHOUT PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: _____

_____
THE HONORABLE DONNA M. RYU